

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

David M. Pollack
*Assistant Corporation Counsel*
*Special Federal Litigation Division*
Tel: (212) 788-1394
Fax: (212) 788-9776

June 24, 2008

By Facsimile Transmission
(212) 805-7941
Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

Re: <u>Shawn Ridley v. City of New York, et al.</u>, 08 CV 5030 (LAP)

Dear Judge Preska:

    I am the Assistant Corporation Counsel handling the defense of this action on behalf of Defendant City of New York. I am writing to respectfully request a sixty-day enlargement of time from June 24, 2008 to August 25, 2008, within which this office may answer or otherwise respond to the complaint. Fred Lichtmacher, Esq. counsel for plaintiff, has consented to the requested extension. This is the City's first request for an enlargement of time in this action.

    The complaint alleges, *inter alia*, that plaintiff was subjected to excessive force. In addition to the City of New York, plaintiff purports to name Police Sergeant Howard Goodman and unknown employees of the New York City Police Department[1]. Given Sergeant Goodman's recent service, we respectfully request this enlargement of time on his behalf as well. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case and meet with Sergeant Goodman to discuss representational issues. The enlargement of time will afford us the opportunity to investigate the matter and file an informed responsive pleading.

---

[1] It appears from the Court docket sheet that Sergeant Goodman was served on or about June 5, 2008.

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's and Sergeant Goodman's time to answer or otherwise respond to the complaint until August 25, 2008.

Respectfully submitted,

David M. Pollack (DMP 3873)
Assistant Corporation Counsel

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 29, 2008

cc: By Facsimile Transmission
(212) 922-9077
Fred Lichtmacher, Esq.
350 Fifth Avenue, Suite 7116
New York, New York 10118